UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

UNITED STATES OF AMERICA,  )
                           )
              Plaintiff    )
                           )
v.                         )          No.  3:08-CR-177
                           )          (VARLAN/SHIRLEY)
DANNY J. BURNETT,          )
                           )
              Defendant    )


## ORDER OF DETENTION PENDING TRIAL


The above-named defendant appeared in custody before the

undersigned on May 20, 2009, for an arraignment on an indictment.   Assistant

United States Attorney Kelly A. Norris was present for the government and Kim

A. Tollison, Federal Defender Services,   was present on behalf of  the defendant.

The government  moved  for continued  detention.  The defendant executed a

waiver of detention hearing reserving his right to move for a hearing at a later date

if his circumstances should change.

Accordingly, the defendant is committed to the custody of the

Attorney General or his/her designated representative for confinement in a

corrections facility separate, to the extent practicable, from persons awaiting or

serving sentences or being held in custody pending appeal.  The defendant shall be

afforded a reasonable opportunity for private consultation with defense counsel.

On order of a court of the United States or on request of an attorney for the

government, the person in charge of the corrections facility shall deliver the

defendant to the United States Marshal for the purpose of an appearance in

connection with a court proceeding.

**IT IS SO ORDERED.**

s/H. Bruce Guyton
UNITED STATES MAGISTRATE JUDGE